1  Richard W. Osman, State Bar No. 167993
   Sheila D. Crawford, State Bar No. 278292
2  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone: (415) 353-0999
4  Facsimile:  (415) 353-0990
   Email:    rosman@bfesf.com
5            scrawford@bfesf.com

6  Attorneys for Defendants
   CITY OF VACAVILLE, JOHN CARLI, STEVEN
7  GUNDERSON, RALPH VALLIMONT, CHRIS LECHUGA,
   JEREMY JOHNSON, and WILLIAM BOEHM
8
   Frank M. Pacheco, State Bar No. 63467
9  Law Offices of Frank Pacheco
   343 E Main Street, Suite 706
10 Stockton, California 95202
   Telephone: (209) 937-0644
11 Facsimile:
   Email:   fpachecolaw@gmail.com
12
   Attorneys for Plaintiffs
13 RICHARD WADE and SAVANNAH CHAMPION

14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| RICHARD WADE and SAVANNAH CHAMPION,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF VACAVILLE, JOHN CARLI, STEVEN GUNDERSON, RALPH VALLIMONT, CHRIS LECHUGA, JEREMY JOHNSON, WILLIAM BOEHM, TREVOR CHAMPION, SABRINA CHAMPION, JACKIE CHAMPION, and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. 2:20-CV-01965-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br><br><br><br><br><br><br><br><br><br><br>**Hon. Troy L. Nunley** |

1  Plaintiffs RICHARD WADE and SAVANNAH CHAMPION and defendant CITY OF VACAVILLE, by and through their counsel of record, hereby represent to the Court as follows:

WHEREAS, on September 30, 2020 Plaintiffs filed their Complaint in the above captioned action;

WHEREAS, on December 14, 2020, defendant CITY OF VACAVILLE was served with the Complaint;

WHEREAS, defendant CITY OF VACAVILLE's responsive pleading is due on January 4, 2021;

WHEREAS, counsel for the parties intend to meet and confer regarding the Complaint to discuss the claims being brought and whether an amended complaint should be filed to avoid unnecessary motion practice;

WHEREAS, counsel for defendant CITY OF VACAVILLE is seeking authorization to accept service on behalf of all CITY OF VACAVILLE officers also sued in this matter, but whom have not yet been personally served;

WHEREAS on December 30, 2020, the parties stipulated to continue defendant CITY OF VACAVILLE's responsive pleading deadline by 15 days to January 19, 2021;

WHEREAS on December 30, 2020, the parties also stipulated that any other CITY OF VACAVILLE employees who are defendants in this case and for whom service has been accomplished prior to January 19, 2021, either by personal service or by service being accepted by counsel for the CITY OF VACAVILLE, shall also file any responsive pleading by January 19, 2021;

IT IS HEREBY STIPULATED, pursuant to Local Rule 144(a), that: (1) defendant CITY OF VACAVILLE's deadline to respond to the Complaint shall be extended to January 19, 2021; and (2) any defendants who are employees of the CITY OF VACAVILLE and who have either been personally served or for whom service has been accepted prior to January 19, 2021 also will file their responsive pleading by January 19, 2021.

//
//
//
//

It is so stipulated and agreed.

Dated:  December 30, 2020         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:   */s/ Richard W. Osman*
Richard W. Osman
Sheila D. Crawford
Attorneys for Defendants
CITY OF VACAVILLE, JOHN CARLI, STEVEN GUNDERSON, RALPH VALLIMONT, CHRIS LECHUGA, JEREMY JOHNSON, and WILLIAM BOEHM

Dated:  December 30, 2020         LAW OFFICE OF FRANK PACHECO


By:   */s/ Frank M. Pacheco*
Frank M. Pacheco
Attorneys for Plaintiffs
RICHARD WADE and SAVANNAH CHAMPION

### **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by Plaintiffs' counsel to show their signature on this document as /s/.

Dated:  December 30, 2020

By:   */s/ Richard Osman*
Richard W. Osman


### **ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED.

**IT IS SO ORDERED.**

DATED: December 30, 2020

_____
Troy L. Nunley
United States District Judge

2

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 2:20-CV-01965-TLN-KJN