Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:     rosman@bfesf.com
           scrawford@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, JOHN CARLI, STEVEN GUNDERSON, RALPH VALLIMONT, CHRIS LECHUGA, JEREMY JOHNSON, and WILLIAM BOEHM

Frank M. Pacheco, State Bar No. 163467
LAW OFFICES OF FRANK PACHECO
343 E Main Street, Suite 706
Stockton, California 95202
Telephone: (209) 937-0644
Email:     fpachecolaw@gmail.com

Attorneys for Plaintiffs
RICHARD WADE and SAVANNAH CHAMPION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WADE and SAVANNAH CHAMPION,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF VACAVILLE, JOHN CARLI, STEVEN GUNDERSON, RALPH VALLIMONT, CHRIS LECHUGA, JEREMY JOHNSON, WILLIAM BOEHM, TREVOR CHAMPION, SABRINA CHAMPION, JACKIE CHAMPION, and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No. 2:20-CV-01965-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT**<br><br><br><br><br><br><br><br>**Hon. Troy L. Nunley** |

Plaintiffs RICHARD WADE and SAVANNAH CHAMPION and defendants CITY OF VACAVILLE, JOHN CARLI, STEVEN GUNDERSON, RALPH VALLIMONT, CHRIS LECHUGA, JEREMY JOHNSON and WILLIAM BOEHM, by and through their counsel of record, hereby represent to the Court as follows:

WHEREAS, on September 30, 2020 Plaintiffs filed their complaint in the above captioned action;

WHEREAS, on December 14, 2020, defendant CITY OF VACAVILLE was served with the complaint;

WHEREAS, defendant CITY OF VACAVILLE's responsive pleading was originally due on January 4, 2021;

WHEREAS, counsel for the parties met and conferred to discuss the claims being brought and whether an amended complaint should be filed to avoid unnecessary motion practice;

WHEREAS on December 30, 2020, the parties stipulated to continue defendant CITY OF VACAVILLE's responsive pleading deadline by 15 days to January 19, 2021;

WHEREAS on December 30, 2020, the parties also stipulated that any other CITY OF VACAVILLE employees who are defendants in this case and for whom service has been accomplished prior to January 19, 2021, either by personal service or by service being accepted by counsel for the CITY OF VACAVILLE, shall also file any responsive pleading by January 19, 2021;

WHEREAS, on January 3, 2021, plaintiffs' counsel suffered a stroke and, as a result, his health and speech has been impacted;

WHEREAS, counsel for the parties further met and conferred and stipulated to continue the time for plaintiffs to file an amended complaint to February 5, 2021;

WHEREAS, defendants' responsive pleading will be due within 21 days of the date the amended complaint is filed.

IT IS HEREBY STIPULATED, pursuant to Local Rule 144(a), that plaintiffs will file an amended complaint on or before February 5, 2021 and defendants' deadline to respond to the amended complaint shall be within 21 days of the date the amended complaint is filed.

It is so stipulated and agreed.

//

| | |
|---|---|
| Dated:  January 11, 2021 | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL |
| | By:   */s/ Richard W. Osman*<br>Richard W. Osman<br>Sheila D. Crawford<br>Attorneys for Defendants<br>CITY OF VACAVILLE, JOHN CARLI, STEVEN GUNDERSON, RALPH VALLIMONT, CHRIS LECHUGA, JEREMY JOHNSON, and WILLIAM BOEHM |
| Dated:  January 11, 2021 | LAW OFFICE OF FRANK PACHECO |
| | By:   */s/ Frank M. Pacheco*<br>Frank M. Pacheco<br>Attorneys for Plaintiffs<br>RICHARD WADE and SAVANNAH CHAMPION |

## **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by Plaintiffs' counsel to show their signature on this document as /s/.

Dated:  January 11, 2021

By:   */s/ Richard Osman*
Richard W. Osman

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED.

**IT IS SO ORDERED.**

DATED: January 11, 2021

_____
Troy L. Nunley
United States District Judge

2
STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT
Case No. 2:20-CV-01965-TLN-KJN