Justin K. Tabayoyon Esq., SBN 288957
LAW OFFICES OF JUSTIN KIRK TABAYOYON
1000 North Texas Street, Suite A
Fairfield, CA 94533
Telephone: (707) 726-6009
Facsimile: (707) 312-8790
Email: justin@tabayoyonlaw.com

Attorneys for Plaintiffs
RICHARD WADE and SAVANNAH CHAMPION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WADE, and SAVANNAH CHAMPION | Case No. 2:20-cv-01965-TLN-KJN |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND PLAINTIFFS TIME TO FILE A THIRD AMENDED COMPLAINT** |
| v. | |
| CITY OF VACAVILLE, RALPH VALLIMONT, CHRIS LECHUGA, JEREMY JOHNSON, WILLIAM BOEHM, TREVOR CHAMPION, SABRINA CHAMPION, JACKIE CHAMPION, and DOES 1 to 100, inclusive. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that plaintiffs RICHARD WADE and SAVANNAH CHAMPION (hereinafter, "plaintiffs") may have up to and including April 27, 2022, to file a third amended complaint.

The order filed on March 9, 2022, gives plaintiffs 30 days to file a third amended complaint. Plaintiffs retained Mr. Tabayoyon on March 18, 2022, to file a third amended complaint on their behalf. Given the change in counsel, additional time is needed to prepare and file the third amended complaint.

Therefore, the parties agreed that plaintiffs' counsel shall have up to and including April 27, 2022, to file a third amended complaint.

1

1    Pursuant to Local Rule 6-1(a), "Unless the filing date has been set by order of the Court, an initial

2    stipulation extending time for no more than twenty-eight (28) days to respond to a complaint . . . may be

3    filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared

4    in the action and are affected by the stipulation. All other extensions of time must be approved by the

5    Court. No open extensions of time by stipulation of the parties will be recognized."

6    Good cause exists for the requested extension considering plaintiffs change in counsel and the

7    additional time that is needed to prepare and file a third amended complaint.

8    **NOW, THEREFORE,** the parties hereby submit this stipulated request that the last day for

9    plaintiffs to file a third amended complaint be continued to April 27, 2022.

10   **IT IS SO STIPULATED.**

11

12   Dated: (As Authorized on 3/28/2022)          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

13                                                By:   */s/ Richard W. Osman*_____
                                                        Richard W. Osman
14                                                      Sheila D. Crawford
                                                        Attorneys for Defendants
15                                                      RALPH VALLIMONT, CHRIS LECHUGA,
                                                        JEREMY JOHNSON, WILLIAM BOEHM, et al.
16

17   Dated: 3/28/2022                             LAW OFFICES OF JUSTIN K. TABAYOYON

18                                                By:   */s/ Justin Kirk Tabayoyon*_____
                                                        Justin K. Tabayoyon, Esq.
19                                                      Attorneys for Plaintiffs
                                                        RICHARD WADE and SAVANNAH
20                                                      CHAMPION

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND PLAINTIFFS TIME TO FILE A THIRD AMENDED COMPLAINT
*Case No.:* 2:20-cv-01965-TLN-KJN

<u>**ORDER**</u>

Pursuant to the parties' stipulation, and good cause appearing, plaintiffs deadline to file a third amended complaint is continued to April 27, 2022.

**IT IS SO ORDERED.**

DATED; March 30, 2022

Troy L. Nunley
United States District Judge

STIPULATION TO EXTEND PLAINTIFFS TIME TO FILE A THIRD AMENDED COMPLAINT
*Case No.:* 2:20-cv-01965-TLN-KJN